**DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, California 94111
Telephone (415) 989-7900

Attorney for Defendant
**BRIAN DODGE**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-12-0684 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL AT THE DISCRETION OF FEDERAL PRETRIAL SERVICES** |
| v. | |
| BRIAN DODGE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, that the defendant in this matter, BRIAN DODGE, may be allowed to travel to Mariposa County in order to store belongings at his parents' home, per the discretion of Federal Pretrial Services.

On September 21, 2012, the Court released Mr. Dodge on a $50,000 unsecured promissory bond. Mr. Dodge has obeyed all the conditions of release to date.

Mr. Jaime Carranza, the U.S. Pretrial Services Officer supervising Mr. Dodge, as well as Assistant United States Attorney Rodney Villazor, have no objection to this travel.

DATED:   03-21-13         By:
                          _____/s/_____
                          **DOUGLAS L. RAPPAPORT**
                          Attorney for Defendant
                          **BRIAN DODGE**

DATED:   03-21-13         MELINDA A. HAAG
                          UNITED STATES ATTORNEY
                          NORTHERN DISTRICT OF CALIFORNIA
                          By:
                          _____/s/_____
                          **RODNEY VILLAZOR**
                          Assistant United States Attorney
                          Attorney for Plaintiff
                          **UNITED STATES OF AMERICA**

1

# ORDER

**FOR GOOD CAUSE SHOWN,**

BRIAN DODGE shall be allowed to travel at the discretion of Federal Pretrial Services, as stated in the above stipulation in order to store belongings at his parents' home in Mariposa County. Mr. Dodge shall inform Pretrial Services of his full itinerary and get their approval before such travel. All other conditions of Mr. Dodge's Pretrial release shall remain the same.

DATED: 3/22/13          By: _____
**HONORABLE KANDIS A. WESTMORE**
United States Magistrate Judge