UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0684 CW |
| Plaintiff, | ) ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| BRIAN KNOWLSON DODGE, | ) ) | |
| Defendant. | ) ) | |

Having considered the Application for Issuance of a Preliminary Order of Forfeiture filed by the United States and the defendant's guilty plea on December 10, 2012, wherein he pled guilty to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. Dell Inspiron laptop computer, serial no. 5VBVF01;
2. Gateway Desktop personal computer, serial no. XBG8531000653;
3. Kingston USB flash drive, serial no. 48W48LF5481;
4. Sandisk USB flash drive, serial number 200548588118CEA1E14E; and
5. Three (3) optical discs

IT IS FURTHER ORDERED that the United States, through the appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person,

other than the defendants, having or claiming a legal interest in the subject property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that the government shall conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Dated: 6/19/2013

CLAUDIA WILKEN
United States District Judge